United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00085 JSW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE MOTION TO USE PLEA ADMISSIONS AT TRIAL** |
| v. | |
| REUBEN HAYES, | **(Docket No. 63)** |
| Defendant. | |

On July 8, 2014, the Government filed a motion to use Defendant's plea admissions at trial, which is scheduled for a hearing on August 12, 2014. Under this Court's Guidelines for motions, Defendant's opposition would have been due on July 22, 2014. Defendant did not file an opposition to the motion. Accordingly, by July 29, 2014, Defendant is HEREBY ORDERED TO SHOW CAUSE why the motion should not be granted as unopposed. If Defendant belatedly seeks to file an opposition to the Government's motion, he shall file a request to do so that: (1) shows good cause for his failure to comply with the Court's deadlines; and (2) is accompanied by the proposed opposition brief. The Government's time to file a reply is extended until August 5, 2014, pending further order of the Court. The Court reserves the right to continue the hearing on the motion.

**IT IS SO ORDERED.**

Dated: June 24, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE