UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 13-0085 JD |
| ) | |
| Plaintiff, ) | [PROPOSED] FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| RUEBEN EARL HAYES ) | |
| ) | |
| Defendant. ) | |
| ) | |

On February 22, 2016, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

- Raven Arms MP-25 .25 caliber pistol, serial number 826496, seized on June 3, 2012 in Oakland, CA
- Ruger Blackhawk .357 caliber revolver, serial number 520-05885, seized on October 19, 2012 in Martinez, CA
- 14 rounds of .25 auto caliber ammunition bearing head stamp "W-W .25 AUTO"

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 13-0085 JD                                                           1

- 11 rounds of 6.35 caliber ammunition bearing head stamp "S&B 6.25"
- 1 round of .38 Special caliber ammunition bearing head stamp "F-C 38 SPL+P+"
- 2 rounds of .38 Special caliber ammunition bearing head stamp "WINCHESTER 38 SPL+P"
- 2 rounds of .38 Special caliber ammunition bearing head stamp "WINCHESTER 38 SPL"
- 1 round of .38 Special caliber ammunition bearing head stamp "R-P 38 SPL"

pursuant to the provisions of 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: April 29, 2016



[~~PROPOSED~~] FINAL ORDER OF FORFEITURE
CR 13-0085 JD       2